# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **BARBARA ANN TERRY** | § | |
| | § | |
| **V.** | § | Case No. 1:10-CV-50 |
| | § | |
| **TEXAS DEPARTMENT OF** | § | |
| **CRIMINAL JUSTICE, ET AL.** | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on January 29, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court deny plaintiff's application to proceed *in forma pauperis*, and dismiss this action as improvidently filed unless plaintiff pays the filing and service fee in full. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**, and plaintiff's motion for leave to proceed *in forma pauperis* [Docket No. 2] is **DENIED**. It is further

**ORDERED** that plaintiff shall tender the fee established by law for filing a civil action ($350.00) on or before **June 23, 2010**. If the filing fee is not tendered to the Clerk of Court within the extended time established, this action may be dismissed.

**SIGNED** this the 21 day of **April, 2010.**

_____
Thad Heartfield
United States District Judge